**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 3:12cr31/MCR

KARDALE LAMAR BLACK

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, KARDALE LAMAR BLACK, to Count I and II of the Indictment is hereby **ACCEPTED**. All parties shall appear before this court for sentencing as directed.

**DONE and ORDERED** this 7th day of January, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**